372 A.2d 415
Commonwealth v. Burkey, Appellant.

Submitted September 13, 1976. G. Roderick Snyder, First Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and case remanded to lower court for sentencing, credit to be given for time served in mental institution and county prison.